# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

JOSE ZARZUELA, Individually, and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

GATHERED FOODS CORPORATION,

Defendant.

---------------------------------------------x

Case No.: 1:22-cv-05782-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Zarzuela hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Gathered Foods Corporation.

DATED: August 12, 2022

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.
SO ORDERED.

Dated: August 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge